UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Elmis Adalis Montoya-Cruz** | ) | Civil Action No.  **9:18-cv-01410-DNH-CFH** |
| Plaintiff(s) | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| **Thomas Feeley, Craig D. Apple, Sr.; Kristjen M. Nielsen and Matthew G. Whitaker** | ) | |
| | ) | |
| Defendant(s). | ) | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in the above-captioned case for Thomas Feeley, Kristjen M. Nielsen and Matthew G. Whitaker.

I certify that I am admitted to practice in this Court.

GRANT C. JAQUITH

Dated: December 13, 2018

United States Attorney

By: /s *Thomas Spina, Jr.*
Thomas Spina, Jr.
Assistant United States Attorney
Bar Roll No. 102653
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, NY  12207-2924
Telephone:  (518) 431-0247
Facsimile:  (518) 431-0429