UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
ELMIS ADALID MONTOYA CRUZ,

                              Petitioner,

      v.                                                        19-CV-6008-FPG

THOMAS FEELEY, in his official capacity as Field Office
Director, Buffalo Field Office, U.S. Immigration and Customs
Enforcement;
CRAIG D. APPLE, Sr., in his official capacity as Sheriff,
Albany County Correctional Facility;
KIRSTJEN M. NIELSEN, in her official capacity as
Secretary, U.S. Department of Homeland Security;
MATTHEW G. WHITAKER, in his official capacity as
Acting Attorney General;

                              Respondents.

## **NOTICE OF APPEARANCE**

**TO**:    Clerk of the United States District Court
           for the Western District of New York

      You are hereby requested to enter my appearance as counsel for the Respondents in the above-entitled action.

    **DATED**:    Buffalo, New York, January 9, 2019.

                                          JAMES P. KENNEDY, JR.
                                          United States Attorney
                                          Western District of New York

          BY:    s/DANIEL B. MOAR
                      Assistant United States Attorney
                      138 Delaware Avenue
                      Buffalo, New York 14202
                      (716) 843-5833
                      Daniel.Moar@usdoj.gov